IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT HANLON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-3859 |
| PRECISION METAL SERVICES, INC. | : | |

**O R D E R**

**AND NOW**, this 31st day of January 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 14), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

IT IS SO ORDERED.

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**